1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

8    MICAH ANDRUM HAYES,                         Case No.: 2:20-cv-01660-GMN-NJK

9             Plaintiff(s),                      **REPORT AND RECOMMENDATION**

10    v.

11    ANDREW SAUL,

12             Defendant(s).

13        Plaintiff requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*

14    (Docket No. 1), and submitted a complaint (Docket No. 1-1).[1]  On September 15, 2020, the Court

15    denied the application to proceed *in forma pauperis* without prejudice because it was incomplete.

16    Docket No. 3 at 1.  The Court ordered Plaintiff to either pay the filing fee or file an amended

17    application to proceed *in forma pauperis* by October 6, 2020.  *Id.* at 2.  The Court warned that

18    "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A**

19    **RECOMMENDATION THAT THE CASE BE DISMISSED.**"  *Id.* (emphasis in original).

20        On September 15, 2020, the Court also engaged in a screening of Plaintiff's complaint,

21    finding that he failed to state a claim on which relief can be granted because he had not exhausted

22    his remedies with the Social Security Administration.  *Id.* at 1-2.  Indeed, the complaint indicated

23    that the Appeals Council had not yet rendered a decision.  *See id.* at 2.  The Court ordered Plaintiff

24    to either file an amended complaint or otherwise explain how he had exhausted his administrative

25    remedies by October 5, 2020.  *Id.*  The Court warned that "**FAILURE TO COMPLY WITH**

26
27

---

28    [1] Plaintiff is proceeding without an attorney, so the Court construes his filings liberally.
*Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1    **THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE**

2    **DISMISSED.**" *Id.* (emphasis in original).

3        Notwithstanding the explicit warning that dismissal could result, Plaintiff has violated both

4    of the above aspects of the Court's order.  He has neither paid the filing fee nor filed an amended

5    application to proceed *in forma pauperis*.  Moreover, he has neither filed an amended complaint

6    nor shown how he exhausted his administrative remedies.[2]

7        Having failed to show he qualifies for pauper status or to pay the filing fee, Plaintiff's case

8    is subject to dismissal.  *See* 28 U.S.C. § 1914.  Having failed to properly plead a claim for relief,

9    Plaintiff's case is subject to dismissal.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *see also Sparling v.*

10   *Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir. 1988) (trial court may *sua sponte* dismiss for

11   failure to state a claim where the plaintiff cannot possibly win relief).[3]   Accordingly, the

12   undersigned **RECOMMENDS** that this case be **DISMISSED**.

13       Dated: October 8, 2020

14                                                         _____

15                                                         Nancy J. Koppe
                                                           United States Magistrate Judge

16

17                                           **NOTICE**

18       This report and recommendation is submitted to the United States District Judge assigned

19   to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and

20   recommendation must file a written objection supported by points and authorities within fourteen

21   days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file

22   a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951

23   F.2d 1153, 1157 (9th Cir. 1991).

24

25

26       [2] Instead, Plaintiff filed a rambling document purporting to show a default by the
     Commissioner.  Docket No. 4.

27

28       [3] Because both of these bases provide grounds for dismissal, the undersigned does not
     address whether dismissal is warranted for violating the Court's order.  *See* Fed. R. Civ. P. 16(f).

                                                2